**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6119**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

ANDREW CHARLES JACKSON, a/k/a William Benbow, a/k/a Ricky
Antonio Bady, a/k/a Sway,

              Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
District Judge.   (3:00-cr-00006-JPB-RWT-1;  3:00-cr-00046-JPB-
RWT-1)

Submitted:  May 18, 2016                Decided:  May 23, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew  Charles  Jackson,  Appellant  Pro  Se.    Paul  Thomas
Camilletti, Assistant United States Attorney, Martinsburg, West
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Charles Jackson appeals the district court's order denying his "motion to void and correct illegal sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jackson, Nos. 3:00-cr-00006-JPB-RWT-1; 3:00-cr-00046-JPB-RWT-1 (N.D.W. Va. Jan. 4, 2016). We deny Jackson's motion to void judgment and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED